JAMES ANDER vs. CITY OF SOMERVILLE & another. December 4, 1967. The defendants' exceptions are to the denial of motions of the defendants concerning the denial of a motion to amend an order disallowing their bill of exceptions and the denial of leave to file a substitute bill. No abuse of discretion appears.

*Exceptions overruled.*

*Francis D. Privitera,* City Solicitor (*Charles P. Mamakos,* Assistant City Solicitor, with him), for the defendants.

*Martin L. Aronson* for the plaintiff.


IRENE BERTRAND & another vs. LEAH REBACK, individually and as administratrix. December 8, 1967. One of the plaintiffs' exceptions relates to the use of interrogatories to which the plaintiffs did not object when the answers were introduced in evidence. The other relates to the plaintiffs' motion for a new trial and the requests for rulings in connection with the motion. There is no merit to the plaintiffs' argument that the judge was required "to hear counsel on the principles set forth in the requests." The exceptions are frivolous and approach absurdity. Double costs are to be assessed under G. L. c. 211, § 10.

*Exceptions overruled.*

*George T. Bolger & Lester S. Cramer,* for the plaintiffs, submitted a brief.

*Charles R. Desmarais* for the defendant.


JOHN M. McCARTHY vs. COMMONWEALTH. December 28, 1967. This petition for writ of error, filed January 10, 1966, seeks to set aside judgments on two indictments in Middlesex County. On October 11, 1962, the petitioner, who was represented by counsel, pleaded guilty to murder in the second degree and to armed robbery. He was sentenced to life imprisonment. The single justice affirmed the judgments, and made complete findings and rulings, which we adopt as the opinion of this court.

*Exceptions overruled.*

*Michael R. Pizziferri (Joseph A. Todisco* with him) for the petitioner.

*Willie J. Davis,* Assistant Attorney General, for the Commonwealth.